```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                        CIVIL MINUTES-GENERAL
```

**Case No.**  CV 08-2400-AHM (OP)                **Date:** August 6, 2008

**Title:** Oliver Williams Coleman v. F. B. Haws, Warden

---

|  |  | ☐ U.S. DISTRICT JUDGE |
|---|---|---|
| **PRESENT:  THE HONORABLE** | **OSWALD PARADA** |  |
|  |  | ☒ MAGISTRATE JUDGE |

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              NONE                                            NONE

**PROCEEDINGS:**   (IN CHAMBERS: MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE)

On April 6, 2008, Oliver Williams Coleman ("Petitioner"), constructively filed a Petition for Writ of Habeas Corpus by a Person in State custody pursuant to 28 U.S.C. § 2254 ("Pet."). On April 21, 2008, the Court issued an Order to Show Cause ("OSC") why the Petition should not be dismissed as untimely. On June 12, 2008, after having received no response to the OSC from Petitioner, an order summarily dismissing the Petition with prejudice as untimely was entered.

On July 3, 2008, Petitioner filed "Motion to Alter or Amend Judgment: Pursuant to F.R.Crim.P. 36 and Fed. Rule Civ. P. 59(c) &(e)" in which he states that he was unable to timely respond to the OSC due to lock down status, and that on May 25, 2008, he sent to the Court a request for an extension of time to respond to the OSC. After a search for the May 25, 2008, filing mentioned by Petitioner, the Court was unable to locate such a filing. As a result, the Court requested Petitioner to file a duplicate copy of the aforementioned pleading. On July 30, 2008, Petitioner filed the duplicate copy of his May 25, 2008, filing. While the filing does substantiate Petitioner's request for an extension of time to respond to the OSC, Petitioner has yet to submit any information with regard to the timeliness of his Petition which was the basis for the issuance of the OSC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.   CV 08-2400-AHM (OP)                    Date:  August 6, 2008

Title: Oliver Williams Coleman v. F. B. Haws, Warden
                                                                    Page 2
---

Based on the foregoing, the Court grants Petitioner thirty (30) days from the date of this order to provide information responsive to the OSC issued on April 21, 2008.  Once the information is received, the Court will rule on Petitioner's motion.

**IT IS SO ORDERED.**

cc:   All Parties of Record

                                            Initials of Deputy Clerk dts

CV-90 (10/98)

CIVIL   MINUTES   -   GENERAL